# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC SHEVA MANTEL BRANCH, and MICHAEL D. WILLIAMS,<br><br>Defendants. | Case No. 2:12-cr-00274 -APG-GWF<br><br>**O R D E R** |

This matter came before the Court on the Government's Motion for Hearing [Dkt #38]. The Government asked the Court to impanel two juries, in lieu of conducting separate trials for each of the Defendants.

On April 4, 2013, Magistrate Judge Foley entered his Order [Dkt #36] granting, in part, defendant Eric Sheva Mantel Branch's Sealed Motion to Sever [Dkt #26]. Judge Foley suggested that the Court should impanel two juries or, in the alternative, grant separate trials to the Defendants.

The Court has considered the arguments set forth in the Government's Motion [Dkt #38], the parties' papers filed prior to Judge Foley's April 4, 2013 Order, and the arguments of counsel at the May 14, 2013 hearing.

**IT IS HEREBY ORDERED** that the Government's Motion for use of dual juries is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will impanel two juries and conduct separate trials for each Defendant. As discussed during the May 14, 2013 hearing, the

two trials will proceed simultaneously, with the trial involving defendant MICHAEL D. WILLIAMS during the mornings, and the trial involving defendant ERIC SHEVA MANTEL BRANCH during the afternoons.

Dated: May 16, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE