

FILED
OCT 02 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:12-CR-274-JAD-(GWF)
)
MICHAEL D. WILLIAMS, )
)
    Defendant. )

## ORDER OF FORFEITURE

On October 2, 2013, defendant MICHAEL D. WILLIAMS pled guilty to Count One of a Five-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank, Mail, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds that MICHAEL D. WILLIAMS shall pay a criminal forfeiture money judgment of $760,469.12 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL D. WILLIAMS a criminal forfeiture money judgment in the amount of $760,469.12 in United States Currency.

DATED this 2nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE